IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MURRAY,

Plaintiff,

-vs-

DIVERSIFIED CONSULTANTS, INC.,

CASE NO.:  8:13-CV-3074-T-30-AEP

Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement.

## CERTIFICATE OF SERVICE

I hereby certify that on August __14__, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to: Ernest H. Kohlmyer, Esq. Urban, Their, Federer & Chinnery, P.A., 200 South Orange Ave., Suite 2000, Orlando, FL 32801.

_____
Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #:  0135534
Attorney for Plaintiff